UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WILLIAM GENTRY FRISKE, JR.,

        Plaintiff,        No. 07-CV-13747-DT

vs.        Hon. Gerald E. Rosen

WARDEN SCUTT, et al.,

        Defendants.
_____/

ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND
RECOMMENDATION AND DENYING PLAINTIFF'S REQUEST
FOR ENTRY OF DEFAULT JUDGMENT

    At a session of said Court, held in
the U.S. Courthouse, Detroit, Michigan
on    **July 10, 2008**

    PRESENT: Honorable Gerald E. Rosen
                   United States District Judge

This Section 1983 civil rights action having come before the Court on the May 12, 2008 Report and Recommendation of United States Magistrate Judge Michael Hluchaniuk recommending that the Court deny Plaintiff's Request for Entry of Default Judgment; and no timely objections to the R & R having been filed; and the Court having reviewed the Magistrate Judge's Report and Recommendation and the Court's file of this action and having concluded that, for the reasons stated in the Report and Recommendation, Plaintiff's Request for Entry of Default Judgment should be denied; and the Court being otherwise fully advised in the premises,

NOW, THEREFORE, IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendation of May 12, 2008 **[Dkt. # 22]** be, and hereby is, adopted by this Court.

IT IS FURTHER ORDERED that, for the reasons set forth in the Magistrate Judge's Report and Recommendation, Plaintiff's Request for Entry of Default Judgment **[Dkt. # 19]** hereby is, DENIED.

        s/Gerald E. Rosen
        Gerald E. Rosen
        United States District Judge

Dated: July 10, 2008

I hereby certify that a copy of the foregoing document was served upon counsel of record on July 10, 2008, by electronic and/or ordinary mail.

        s/LaShawn R. Saulsberry
        Case Manager